



# MEMORANDUM OPINION

No. 04-10-00117-CV

**MCT TRANSPORTATION, LLC**,
Appellant

v.

James **CORDOVA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-02215
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:        Karen Angelini, Justice
                  Sandee Bryan Marion, Justice
                  Phylis J. Speedlin, Justice

Delivered and Filed:  August 11, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM